```
 1  PATRICK L. FORTE, State Bar #80050
    CORRINE BIELEJESKI, State Bar #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors

 6

 7

 8                    UNITED STATES BANKRUPTCY COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10  In re:                          No. 08-45950-RN

11  RAMON MACARAAN CASINO and       Chapter 13
    MARIA CRUZADO CASINO,
12                                  MOTION TO MODIFY CHAPTER 13 PLAN;
             Debtors.               NOTICE TO CREDITORS OF
13  _____/ DEADLINE TO REQUEST A HEARING

14       The above-named debtors apply to the court for an order to modify

15  their Chapter 13 Plan as follows:

16       Commencing August 2010, debtors will pay $100.00 per month to the

17  Trustee. Any arrearages shall be forgiven. Unsecured, non-priority

18  creditors shall be paid on a pro-tanto basis.

19       The modification is sought on the following grounds:

20  Debtors' expenses have increased.

21

22       **NOTICE IS HEREBY GIVEN:**

23       (i)  That Local Rule 9014-1 of the United States Bankruptcy Court

24  for the Northern District of California prescribes the procedures to be

25  followed and that any objection to the requested relief, or a request for

26  hearing on the matter must be filed and served upon the undersigned
```

within twenty one (21) days of mailing of this notice;

    (ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: August 9, 2010

                                    /s/ Corrine Bielejeski
                                    CORRINE BIELEJESKI
                                    Attorney for Debtors